**SHA-1 Hash:** 121AC0B46088E7C235A23D4379BE65A1840E9B77    **Title**   X-Art Siterip #1
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 24.0.18.203 | 10/15/2012 21:44 | Avenel | NJ | Comcast Cable | BitTorrent |
| 2 | 24.0.211.141 | 09/30/2012 21:18 | North Arlington | NJ | Comcast Cable | BitTorrent |
| 3 | 24.0.46.196 | 09/29/2012 18:47 | New Providence | NJ | Comcast Cable | BitTorrent |
| 4 | 68.36.65.155 | 09/26/2012 16:36 | Eatontown | NJ | Comcast Cable | BitTorrent |
| 5 | 68.37.136.219 | 09/29/2012 05:10 | Jersey City | NJ | Comcast Cable | BitTorrent |
| 6 | 68.39.180.69 | 08/23/2012 15:46 | Hightstown | NJ | Comcast Cable | BitTorrent |
| 7 | 68.39.98.43 | 09/17/2012 01:16 | Atlantic Highlands | NJ | Comcast Cable | BitTorrent |
| 8 | 68.44.117.86 | 08/17/2012 16:11 | Brick | NJ | Comcast Cable | BitTorrent |
| 9 | 68.45.249.188 | 10/13/2012 04:39 | Mount Holly | NJ | Comcast Cable | BitTorrent |
| 10 | 69.136.249.106 | 10/20/2012 05:18 | Secaucus | NJ | Comcast Cable | BitTorrent |
| 11 | 69.141.131.41 | 10/15/2012 03:24 | Avenel | NJ | Comcast Cable | BitTorrent |
| 12 | 69.141.96.67 | 09/26/2012 14:42 | Monroe Township | NJ | Comcast Cable | BitTorrent |
| 13 | 69.248.185.131 | 10/10/2012 23:00 | Ventnor City | NJ | Comcast Cable | BitTorrent |
| 14 | 98.221.131.129 | 10/13/2012 02:36 | Hillsborough | NJ | Comcast Cable | BitTorrent |
| 15 | 71.187.185.33 | 09/26/2012 13:47 | Maplewood | NJ | Verizon FiOS | BitTorrent |
| 16 | 72.89.42.91 | 09/30/2012 17:58 | Carteret | NJ | Verizon FiOS | BitTorrent |
| 17 | 74.105.18.154 | 10/05/2012 18:10 | Morristown | NJ | Verizon FiOS | BitTorrent |
| 18 | 108.35.65.25 | 08/24/2012 19:43 | Newark | NJ | Verizon Internet Services | BitTorrent |
| 19 | 71.255.87.114 | 10/19/2012 21:32 | Newark | NJ | Verizon Internet Services | BitTorrent |

EXHIBIT A

CNJ31