Doe #1

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 10/15/2012 21:44:46 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 10/15/2012 21:44:46 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 10/15/2012 21:44:46 |
| Daddys Office | 11/12/2010 | 02/21/2012 | 10/15/2012 21:44:46 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 10/15/2012 21:44:46 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 10/15/2012 21:44:46 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 10/15/2012 21:44:46 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 10/15/2012 21:44:46 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 10/15/2012 21:44:46 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 10/15/2012 21:44:46 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 10/15/2012 21:44:46 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 10/15/2012 21:44:46 |
| Minas Fantasy | 06/25/2010 | 11/23/2011 | 10/15/2012 21:44:46 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 10/15/2012 21:44:46 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 10/15/2012 21:44:46 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 10/15/2012 21:44:46 |

**Total Statutory Copyright Infringements for Doe #1: 16**

Doe #2

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 09/30/2012 21:18:10 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 09/30/2012 21:18:10 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 09/30/2012 21:18:10 |
| Daddys Office | 11/12/2010 | 02/21/2012 | 09/30/2012 21:18:10 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 09/30/2012 21:18:10 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 09/30/2012 21:18:10 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 09/30/2012 21:18:10 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 09/30/2012 21:18:10 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 09/30/2012 21:18:10 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 09/30/2012 21:18:10 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 09/30/2012 21:18:10 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 09/30/2012 21:18:10 |
| Minas Fantasy | 06/25/2010 | 11/23/2011 | 09/30/2012 21:18:10 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 09/30/2012 21:18:10 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 09/30/2012 21:18:10 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 09/30/2012 21:18:10 |

**Total Statutory Copyright Infringements for Doe #2: 16**

EXHIBIT C

CNJ31

Doe #3

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 09/29/2012 18:47:08 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 09/29/2012 18:47:08 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 09/29/2012 18:47:08 |
| Daddys Office | 11/12/2010 | 02/21/2012 | 09/29/2012 18:47:08 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 09/29/2012 18:47:08 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 09/29/2012 18:47:08 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 09/29/2012 18:47:08 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 09/29/2012 18:47:08 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 09/29/2012 18:47:08 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 09/29/2012 18:47:08 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 09/29/2012 18:47:08 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 09/29/2012 18:47:08 |
| Minas Fantasy | 06/25/2010 | 11/23/2011 | 09/29/2012 18:47:08 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 09/29/2012 18:47:08 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 09/29/2012 18:47:08 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 09/29/2012 18:47:08 |

**Total Statutory Copyright Infringements for Doe #3: 16**

Doe #4

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 09/26/2012 16:36:22 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 09/26/2012 16:36:22 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 09/26/2012 16:36:22 |
| Daddys Office | 11/12/2010 | 02/21/2012 | 09/26/2012 16:36:22 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 09/26/2012 16:36:22 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 09/26/2012 16:36:22 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 09/26/2012 16:36:22 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 09/26/2012 16:36:22 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 09/26/2012 16:36:22 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 09/26/2012 16:36:22 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 09/26/2012 16:36:22 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 09/26/2012 16:36:22 |
| Minas Fantasy | 06/25/2010 | 11/23/2011 | 09/26/2012 16:36:22 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 09/26/2012 16:36:22 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 09/26/2012 16:36:22 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 09/26/2012 16:36:22 |

**Total Statutory Copyright Infringements for Doe #4: 16**

EXHIBIT C

CNJ31

Doe #5

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 09/29/2012 05:10:30 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 09/29/2012 05:10:30 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 09/29/2012 05:10:30 |
| Daddys Office | 11/12/2010 | 02/21/2012 | 09/29/2012 05:10:30 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 09/29/2012 05:10:30 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 09/29/2012 05:10:30 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 09/29/2012 05:10:30 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 09/29/2012 05:10:30 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 09/29/2012 05:10:30 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 09/29/2012 05:10:30 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 09/29/2012 05:10:30 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 09/29/2012 05:10:30 |
| Minas Fantasy | 06/25/2010 | 11/23/2011 | 09/29/2012 05:10:30 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 09/29/2012 05:10:30 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 09/29/2012 05:10:30 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 09/29/2012 05:10:30 |

**Total Statutory Copyright Infringements for Doe #5: 16**

Doe #6

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 08/23/2012 15:46:59 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 08/23/2012 15:46:59 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 08/23/2012 15:46:59 |
| Daddys Office | 11/12/2010 | 02/21/2012 | 08/23/2012 15:46:59 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 08/23/2012 15:46:59 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 08/23/2012 15:46:59 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 08/23/2012 15:46:59 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 08/23/2012 15:46:59 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 08/23/2012 15:46:59 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 08/23/2012 15:46:59 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 08/23/2012 15:46:59 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 08/23/2012 15:46:59 |
| Minas Fantasy | 06/25/2010 | 11/23/2011 | 08/23/2012 15:46:59 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 08/23/2012 15:46:59 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 08/23/2012 15:46:59 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 08/23/2012 15:46:59 |

**Total Statutory Copyright Infringements for Doe #6: 16**

EXHIBIT C

CNJ31

Doe #7

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 09/17/2012 01:16:44 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 09/17/2012 01:16:44 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 09/17/2012 01:16:44 |
| Daddys Office | 11/12/2010 | 02/21/2012 | 09/17/2012 01:16:44 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 09/17/2012 01:16:44 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 09/17/2012 01:16:44 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 09/17/2012 01:16:44 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 09/17/2012 01:16:44 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 09/17/2012 01:16:44 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 09/17/2012 01:16:44 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 09/17/2012 01:16:44 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 09/17/2012 01:16:44 |
| Minas Fantasy | 06/25/2010 | 11/23/2011 | 09/17/2012 01:16:44 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 09/17/2012 01:16:44 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 09/17/2012 01:16:44 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 09/17/2012 01:16:44 |

**Total Statutory Copyright Infringements for Doe #7: 16**

Doe #8

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 08/17/2012 16:11:48 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 08/17/2012 16:11:48 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 08/17/2012 16:11:48 |
| Daddys Office | 11/12/2010 | 02/21/2012 | 08/17/2012 16:11:48 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 08/17/2012 16:11:48 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 08/17/2012 16:11:48 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 08/17/2012 16:11:48 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 08/17/2012 16:11:48 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 08/17/2012 16:11:48 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 08/17/2012 16:11:48 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 08/17/2012 16:11:48 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 08/17/2012 16:11:48 |
| Minas Fantasy | 06/25/2010 | 11/23/2011 | 08/17/2012 16:11:48 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 08/17/2012 16:11:48 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 08/17/2012 16:11:48 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 08/17/2012 16:11:48 |

**Total Statutory Copyright Infringements for Doe #8: 16**

EXHIBIT C

CNJ31

Doe #9

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 10/13/2012 04:39:09 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 10/13/2012 04:39:09 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 10/13/2012 04:39:09 |
| Daddys Office | 11/12/2010 | 02/21/2012 | 10/13/2012 04:39:09 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 10/13/2012 04:39:09 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 10/13/2012 04:39:09 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 10/13/2012 04:39:09 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 10/13/2012 04:39:09 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 10/13/2012 04:39:09 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 10/13/2012 04:39:09 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 10/13/2012 04:39:09 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 10/13/2012 04:39:09 |
| Minas Fantasy | 06/25/2010 | 11/23/2011 | 10/13/2012 04:39:09 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 10/13/2012 04:39:09 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 10/13/2012 04:39:09 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 10/13/2012 04:39:09 |

**Total Statutory Copyright Infringements for Doe #9:  16**

Doe #10

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 10/20/2012 05:18:32 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 10/20/2012 05:18:32 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 10/20/2012 05:18:32 |
| Daddys Office | 11/12/2010 | 02/21/2012 | 10/20/2012 05:18:32 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 10/20/2012 05:18:32 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 10/20/2012 05:18:32 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 10/20/2012 05:18:32 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 10/20/2012 05:18:32 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 10/20/2012 05:18:32 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 10/20/2012 05:18:32 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 10/20/2012 05:18:32 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 10/20/2012 05:18:32 |
| Minas Fantasy | 06/25/2010 | 11/23/2011 | 10/20/2012 05:18:32 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 10/20/2012 05:18:32 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 10/20/2012 05:18:32 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 10/20/2012 05:18:32 |

**Total Statutory Copyright Infringements for Doe #10:  16**

EXHIBIT C

CNJ31

Doe #11

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 10/15/2012 03:24:54 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 10/15/2012 03:24:54 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 10/15/2012 03:24:54 |
| Daddys Office | 11/12/2010 | 02/21/2012 | 10/15/2012 03:24:54 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 10/15/2012 03:24:54 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 10/15/2012 03:24:54 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 10/15/2012 03:24:54 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 10/15/2012 03:24:54 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 10/15/2012 03:24:54 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 10/15/2012 03:24:54 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 10/15/2012 03:24:54 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 10/15/2012 03:24:54 |
| Minas Fantasy | 06/25/2010 | 11/23/2011 | 10/15/2012 03:24:54 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 10/15/2012 03:24:54 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 10/15/2012 03:24:54 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 10/15/2012 03:24:54 |

**Total Statutory Copyright Infringements for Doe #11: 16**

Doe #12

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 09/26/2012 14:42:35 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 09/26/2012 14:42:35 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 09/26/2012 14:42:35 |
| Daddys Office | 11/12/2010 | 02/21/2012 | 09/26/2012 14:42:35 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 09/26/2012 14:42:35 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 09/26/2012 14:42:35 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 09/26/2012 14:42:35 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 09/26/2012 14:42:35 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 09/26/2012 14:42:35 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 09/26/2012 14:42:35 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 09/26/2012 14:42:35 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 09/26/2012 14:42:35 |
| Minas Fantasy | 06/25/2010 | 11/23/2011 | 09/26/2012 14:42:35 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 09/26/2012 14:42:35 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 09/26/2012 14:42:35 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 09/26/2012 14:42:35 |

**Total Statutory Copyright Infringements for Doe #12: 16**

EXHIBIT C

Doe #13

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 10/10/2012 23:00:07 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 10/10/2012 23:00:07 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 10/10/2012 23:00:07 |
| Daddys Office | 11/12/2010 | 02/21/2012 | 10/10/2012 23:00:07 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 10/10/2012 23:00:07 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 10/10/2012 23:00:07 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 10/10/2012 23:00:07 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 10/10/2012 23:00:07 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 10/10/2012 23:00:07 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 10/10/2012 23:00:07 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 10/10/2012 23:00:07 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 10/10/2012 23:00:07 |
| Minas Fantasy | 06/25/2010 | 11/23/2011 | 10/10/2012 23:00:07 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 10/10/2012 23:00:07 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 10/10/2012 23:00:07 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 10/10/2012 23:00:07 |

**Total Statutory Copyright Infringements for Doe #13: 16**

Doe #14

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 10/13/2012 02:36:10 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 10/13/2012 02:36:10 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 10/13/2012 02:36:10 |
| Daddys Office | 11/12/2010 | 02/21/2012 | 10/13/2012 02:36:10 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 10/13/2012 02:36:10 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 10/13/2012 02:36:10 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 10/13/2012 02:36:10 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 10/13/2012 02:36:10 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 10/13/2012 02:36:10 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 10/13/2012 02:36:10 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 10/13/2012 02:36:10 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 10/13/2012 02:36:10 |
| Minas Fantasy | 06/25/2010 | 11/23/2011 | 10/13/2012 02:36:10 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 10/13/2012 02:36:10 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 10/13/2012 02:36:10 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 10/13/2012 02:36:10 |

**Total Statutory Copyright Infringements for Doe #14: 16**

EXHIBIT C

CNJ31

Doe #15

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 09/26/2012 13:47:27 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 09/26/2012 13:47:27 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 09/26/2012 13:47:27 |
| Daddys Office | 11/12/2010 | 02/21/2012 | 09/26/2012 13:47:27 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 09/26/2012 13:47:27 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 09/26/2012 13:47:27 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 09/26/2012 13:47:27 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 09/26/2012 13:47:27 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 09/26/2012 13:47:27 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 09/26/2012 13:47:27 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 09/26/2012 13:47:27 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 09/26/2012 13:47:27 |
| Minas Fantasy | 06/25/2010 | 11/23/2011 | 09/26/2012 13:47:27 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 09/26/2012 13:47:27 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 09/26/2012 13:47:27 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 09/26/2012 13:47:27 |

**Total Statutory Copyright Infringements for Doe #15:  16**

Doe #16

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 09/30/2012 17:58:26 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 09/30/2012 17:58:26 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 09/30/2012 17:58:26 |
| Daddys Office | 11/12/2010 | 02/21/2012 | 09/30/2012 17:58:26 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 09/30/2012 17:58:26 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 09/30/2012 17:58:26 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 09/30/2012 17:58:26 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 09/30/2012 17:58:26 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 09/30/2012 17:58:26 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 09/30/2012 17:58:26 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 09/30/2012 17:58:26 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 09/30/2012 17:58:26 |
| Minas Fantasy | 06/25/2010 | 11/23/2011 | 09/30/2012 17:58:26 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 09/30/2012 17:58:26 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 09/30/2012 17:58:26 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 09/30/2012 17:58:26 |

**Total Statutory Copyright Infringements for Doe #16:  16**

Doe #17

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 10/05/2012 18:10:59 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 10/05/2012 18:10:59 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 10/05/2012 18:10:59 |
| Daddys Office | 11/12/2010 | 02/21/2012 | 10/05/2012 18:10:59 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 10/05/2012 18:10:59 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 10/05/2012 18:10:59 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 10/05/2012 18:10:59 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 10/05/2012 18:10:59 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 10/05/2012 18:10:59 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 10/05/2012 18:10:59 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 10/05/2012 18:10:59 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 10/05/2012 18:10:59 |
| Minas Fantasy | 06/25/2010 | 11/23/2011 | 10/05/2012 18:10:59 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 10/05/2012 18:10:59 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 10/05/2012 18:10:59 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 10/05/2012 18:10:59 |

**Total Statutory Copyright Infringements for Doe #17: 16**

Doe #18

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 08/24/2012 19:43:45 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 08/24/2012 19:43:45 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 08/24/2012 19:43:45 |
| Daddys Office | 11/12/2010 | 02/21/2012 | 08/24/2012 19:43:45 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 08/24/2012 19:43:45 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 08/24/2012 19:43:45 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 08/24/2012 19:43:45 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 08/24/2012 19:43:45 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 08/24/2012 19:43:45 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 08/24/2012 19:43:45 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 08/24/2012 19:43:45 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 08/24/2012 19:43:45 |
| Minas Fantasy | 06/25/2010 | 11/23/2011 | 08/24/2012 19:43:45 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 08/24/2012 19:43:45 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 08/24/2012 19:43:45 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 08/24/2012 19:43:45 |

**Total Statutory Copyright Infringements for Doe #18: 16**

EXHIBIT C

Doe #19

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 10/19/2012 21:32:00 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 10/19/2012 21:32:00 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 10/19/2012 21:32:00 |
| Daddys Office | 11/12/2010 | 02/21/2012 | 10/19/2012 21:32:00 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 10/19/2012 21:32:00 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 10/19/2012 21:32:00 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 10/19/2012 21:32:00 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 10/19/2012 21:32:00 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 10/19/2012 21:32:00 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 10/19/2012 21:32:00 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 10/19/2012 21:32:00 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 10/19/2012 21:32:00 |
| Minas Fantasy | 06/25/2010 | 11/23/2011 | 10/19/2012 21:32:00 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 10/19/2012 21:32:00 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 10/19/2012 21:32:00 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 10/19/2012 21:32:00 |

**Total Statutory Copyright Infringements for Doe #19:  16**