Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

MALIBU MEDIA, LLC,

          Plaintiff,

v.

JOHN DOES 1-19,

          Defendants.

Civil Action No. 3:12-cv-06945-MAS-DEA

### CERTIFICATION OF RELATED CASES

I, Patrick J. Cerillo, certify that the following cases are related:

| | Caption | Index Number | District Court | Judge/Magistrate Judge |
|---|---|---|---|---|
| 1. | Third Degree Films, Inc. v. John Does 1-9 | 3:12-cv-03894-MAS-DEA | Trenton | Michael A. Shipp, D.J. Douglas E. Arpert, M.J. |
| 2. | Malibu Media, LLC v. John Does 1-30 | 3:12-cv-03896-MAS-DEA | Trenton | Michael A. Shipp, D.J. Douglas E. Arpert, M.J. |
| 3. | Malibu Media, LLC v. John Does 1-22 | 3:12-cv-03898-MAS-LHG | Trenton | Michael A. Shipp, D.J. Lois H. Goodman, M.J. |
| 4. | Malibu Media, LLC v. John Does 1-46 | 2:12-cv-03905-SRC-CLW | Newark | Stanley R. Chesler, D.J. Cathy L. Waldor, M.J. |
| 5. | Malibu Media, LLC v. John Does 1-40 | 3:12-cv-03899-MAS-LHG | Trenton | Michael A. Shipp, D.J. Lois H. Goodman, M.J. |
| 6. | Malibu Media, LLC v. John Does 1-62 | 3:12-cv-03900-AET-LHG | Trenton | Anne E. Thompson, D.J. Lois H. Goodman, M.J. |

<pre>
</pre>

| | | | | |
|---|---|---|---|---|
| 7. | Patrick Collins, Inc. v. John Does 1-43 | 2:12-cv-03908-KSH-PS | Newark | Katharine S. Hayden, D.J. Patty Shwartz, M.J. |
| 8. | Patrick Collins, Inc. v. John Does 1-47 | 2:12-cv-03906-SRC-CLW | Newark | Stanley R. Chesler, D.J. Cathy L. Waldor, M.J. |
| 9. | Patrick Collins, Inc. v. John Does 1-44 | 2:12-cv-03907-ES-CLW | Newark | Esther Salas, D.J. Cathy L. Waldor, M.J. |
| 10. | Malibu Media, LLC v. John Does 1-39 | 2:12-cv-04702-JLL-MAH | Newark | Jose L. Linares, D.J. Michael A. Hammer, M.J. |
| 11. | Malibu Media, LLC v. John Does 1-14 | 1:12-cv-04703-RBK-AMD | Camden | Robert B. Kugler, D.J. Ann Marie Donio, M.J. |
| 12. | Third Degree Films, Inc. v. John Does 1-17 | 2:12-cv-04704-DMC-JAD | Newark | Dennis M. Cavanaugh, D.J. Joseph A. Dickson, M.J. |
| 13. | Third Degree Films, Inc. v. John Does 1-7 | 3:12-cv-04692-FLW-TJB | Trenton | Freda L. Wolfson, D.J Tonianna J. Bongiovanni, M.J. |
| 14. | Patrick Collins, Inc. v. John Does 1-41 | 3:12-cv-04695-JAP-DEA | Trenton | Joel A. Pisano, D.J. Douglas E. Arpert, M.J. |
| 15. | Patrick Collins, Inc. v. John Does 1-37 | 1:12-cv-04710-RBK-AMD | Camden | Robert B. Kugler, D.J. Ann Marie Donio, M.J. |
| 16. | Malibu Media, LLC v. John Does 1-22 | 2:12-cv-05091-SRC-CLW | Newark | Stanley R. Chesler, D.J. Cathy L. Waldor, M.J. |
| 17. | Malibu Media, LLC v. John Does 1-15 | 2:12-cv-05167-WJM-MF | Newark | William J. Martini, D.J. Mark Falk, M.J. |
| 18. | Malibu Media, LLC v. John Does 1-12 | 3:12-cv-05102-JAP-TJB | Trenton | Joel A. Pisano, D.J. Tonianne J. Bongiovanni, M.J. |
| 19. | Malibu Media, LLC v. John Does 1-81 | 2:12-cv-05168-DMC-JAD | Newark | Dennis M. Cavanaugh, D.J. Joseph A. Dickson, M.J. |
| 20. | Malibu Media, LLC v. John Does 1-32 | 2:12-cv-05169-ES-CLW | Newark | Esther Salas, D.J. Cathy L. Waldor, M.J. |
| 21. | Patrick Collins, Inc. v. John Does 1-17 | 2:12-cv-05171-SDW-MCA | Newark | Susan D. Wigenton, D.J. Madeline Cox Arleo, M.J. |
| 22. | Third Degree Films, Inc. v. John Does 1-110 | 2:12-cv-05817-DMC-MF | Newark | Dennis M. Cavanaugh, D.J. Mark Falk, M.J. |
| 23. | Malibu Media, LLC v. John Does 1-57 | 3:12-cv-05720-FLW-TJB | Trenton | Freda L. Wolfson, D.J. Tonianne J. Bongiovanni, M.J. |
| 24. | Patrick Collins, Inc. v. John Does 1-50 | 2:12-cv-05815-FSH-PS | Newark | Faith S. Hochberg, D.J. Patty Shwartz, M.J. |
| 25. | Malibu Media, LLC v. John Does 1-44 | 2:12-cv-06281-SRC-CLW | Newark | Stanley R. Chesler, D.J. Cathy L. Waldor, M.J. |
| 26. | Malibu Media, LLC v. John Does 1-37 | 2:12-cv-06345-JLL-MAH | Newark | Jose L. Linares, D.J. Michael A. Hammer, M.J. |
| 27. | Malibu Media, LLC v. John Does 1-33 | 2:12-cv-06346-ES-CLW | Newark | Esther Salas, D.J. Cathy L. Waldor, M.J. |
| 28. | Malibu Media, LLC v. John Does 1-12 | 3:12-cv-06948-MAS-LHG | Trenton | Michael A. Shipp, D.J. Lois H. Goodman, M.J. |

| 29. | Malibu Media, LLC v. John Does 1-7 | 3:12-cv-06949-FLW-LHG | Trenton | Freda L. Wolfson, D.J. Lois H. Goodman, M.J. |
|---|---|---|---|---|
| 30. | Malibu Media, LLC v. John Does 1-10 | 2:12-cv-07092-FSH-PS | Newark | Faith S. Hochberg, D.J. Patty Shwartz, M.J. |
| | | | | |

                                              Respectfully submitted,

Dated: November 19, 2012      By:    */s/ Patrick J. Cerillo*
                                              Patrick J. Cerillo, Esq.
                                              Patrick J. Cerillo, LLC
                                              4 Walter Foran Blvd., Suite 402
                                              Flemington, NJ 08822
                                              T: (908) 284-0997
                                              F: (908) 284-0915
                                              pjcerillolaw@comcast.net
                                              *Attorneys for Plaintiff*