UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MALIBU MEDIA, LLC,** : | |
| : | Civil Action No. 12-6945 (MAS) |
| **Plaintiff,** : | |
| : | |
| v. : | ORDER |
| : | |
| **JOHN DOES 1-19,** : | |
| : | |
| **Defendants.** : | |
| _____ : | |

This matter comes before the Court on Plaintiff Malibu Media, LLC's ("Plaintiff") Motion for Extension of Time to Serve John Doe # 1 with a Summons and Complaint [dkt. no. 18]; and the Court having considered the papers submitted pursuant to Fed. R. Civ. P. 78;

**IT IS** on this 25th day of April, 2013,

**ORDERED** that Plaintiff's Motion for Extension of Time to Serve John Doe # 1 with a Summons and Complaint [dkt. no. 18] is **GRANTED**; and it is further

**ORDERED** that Plaintiff shall have until May 17, 2013 to effectuate service of a Summons and Complaint on John Doe # 1; and it is further

**ORDERED** that Plaintiff shall comply with the directives set forth in this Court's April 22, 2013 Order in Malibu Media, LLC v. John Doe, Civ. Action No. 13-1185-PGS [dkt. no. 7], with particular reference to page 2, note 1.

s/ Douglas E. Arpert
DOUGLAS E. ARPERT, U.S.M.J.